FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 03, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DEREK S.,[1] <br><br> Plaintiff, <br><br> v. <br><br> LELAND DUDEK, COMMISSIONER OF SOCIAL SECURITY,[2] <br><br> Defendant. | NO: 4:24-cv-05112-RLP <br><br> ORDER GRANTING STIPULATED MOTION FOR REMAND |

BEFORE THE COURT is the Defendant's Stipulated Motion for Remand, ECF No. 16. Based on the stipulation of the parties, the Court finds good cause to

---

[1] The court identifies a plaintiff in a social security case only by the first name and last initial in order to protect privacy. *See* LCivR 5.2(c).

[2] Leland Dudek became the Acting Commissioner of Social Security on February 18, 2025. Pursuant to Rule 25(d) of the Rules of Civil Procedure, Leland Dudek is substituted for Carolyn Colvin as the Defendant in this suit.

ORDER GRANTING STIPULATED MOTION FOR REMAND - 1

grant the motion. Accordingly, pursuant to the stipulation, **IT IS HEREBY ORDERED**:

1. Defendant's Stipulated Motion for Remand, **ECF No. 16**, is **GRANTED**.

2. This case is **REVERSED** and **REMANDED** for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

3. The Appeals Council will remand the case to an Administrative Law Judge to:

    - Obtain medical expert evidence regarding Plaintiff's mental limitations;
    - Reconsider whether Plaintiff meets or equals a Listing under 12.00;
    - Reconsider the medical opinions;
    - Reconsider the claimant's residual functional capacity;
    - Continue with the sequential evaluation process, to include obtaining vocational expert testimony, as necessary; and
    - Offer Plaintiff the opportunity for a hearing, take further action to complete the administrative record, and issue a new decision.

4. Upon proper presentation, this Court will consider Plaintiff's application for costs, expenses, and reasonable attorney's fees under the Equal Access to Justice Act, 28 U.S.C. § 2412(a), (d).

5. Plaintiff's Opening Brief, **ECF No. 11**, and the hearing and remaining briefing schedule are **VACATED** as moot.

ORDER GRANTING STIPULATED MOTION FOR REMAND - 2

1     **IT IS SO ORDERED**. The District Court Clerk is directed to enter this

2 Order and provide copies to counsel. Judgment shall be entered for Plaintiff and

3 the file shall be **CLOSED**.

4     **DATED** March 3, 2025.

                                            REBECCA L. PENNELL
                                          United States District Judge